# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG WRIGHT,<br><br>        Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | Criminal Case No. 12-cr-4868 DMS<br>Civil Case No. 16-cv-1586 DMS<br><br>**ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY** |

On June 21, 2016, Petitioner Craig Wright filed a Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255, challenging his sentence in light of the recent Supreme Court decision in *Johnson v. United States*, 135 S. Ct. 2551 (2015). On March 1, 2017, this Court issued an order denying Petitioner's motion. The Court held voluntary manslaughter, in violation of Cal. Penal Code § 192(a), remains a crime of violence under U.S.S.G. § 4B1.2(a) because Application Note 1 of the commentary to § 4B1.2 expressly states crime of violence includes manslaughter. On March 2, 2017, Petitioner filed a Motion for Certificate of Appealability, contending "reasonable jurist" would find debatable whether *Johnson* entitles Petitioner to relief under § 2255.

A certificate of appealability is authorized "if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

1  "A petitioner satisfies this standard by demonstrating that jurists of reason could
2  disagree with the district court's resolution of his constitutional claims or that jurists
3  could conclude the issues presented are adequate to deserve encouragement to
4  proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003); *see also Slack v.*
5  *McDaniel*, 529 U.S. 473, 484 (2000).

6        Petitioner has not demonstrated that reasonable jurists could find debatable
7  this Court's denial of Petitioner's motion.  On March 6, 2017, the United States
8  Supreme Court issued a decision in *Beckles v. United States*, No. 15-8544, 2017 WL
9  855781, at *9 (U.S. Mar. 6, 2017), holding "that the advisory Sentencing Guidelines
10 are not subject to a vagueness challenge under the Due Process Clause and that §
11 4B1.2(a)'s residual clause is not void for vagueness."  Therefore, *Johnson* does not
12 apply to the Career Offender Guidelines, and voluntary manslaughter remains a
13 crime of violence under § 4B1.2.  Accordingly, Petitioner's motion for a certificate
14 of appealability is denied.

15       **IT IS SO ORDERED.**
16 Dated:  March 7, 2017

17                                     Hon. Dana M. Sabraw
18                                     United States District Judge